3 So.2d 921

**William Harold GLENN v. STATE.**

6 Div. 794.

Court of Appeals of Alabama.
July 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

3 So.2d 921

**William Harold GLENN v. STATE.**

6 Div. 795.

Court of Appeals of Alabama.
July 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

3 So.2d 921

**William Harold GLENN v. STATE.**

6 Div. 796.

Court of Appeals of Alabama.
July 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

1 So.2d 924

**John (alias John E.) GOODMAN v. STATE.**

5 Div. 114.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 925

**John E. GOODMAN v. STATE.**

5 Div. 115.

Court of Appeals of Alabama.
Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 902

**Leanna GOODMAN, alias Goodwin v. CITY OF BIRMINGHAM.**

6 Div. 897.

Court of Appeals of Alabama.
May 26, 1942.

RICE, Judge.
Affirmed.